UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NORMAN BISHOP,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>　　　Defendant | Civil No. C04-2250-RSL<br><br><br><br>ORDER |

　　　Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings. On remand, the administrative law judge (ALJ) will further evaluate Plaintiff's residual functional capacity, including but not limited to, further consideration of the opinion of Raymond West, M.D., and consideration of the statements in the record from lay witnesses. The ALJ will obtain supplemental evidence from a vocational expert. The ALJ will take any other actions necessary to

Page 1　　ORDER- [C04-2250-MJB]

develop the record and issue a new decision.  Plaintiff will be afforded the opportunity to submit additional evidence and argument.

This case is reversed and remanded on the above grounds pursuant to sentence four of 42 U.S.C. § 405(g), and Plaintiff is entitled to reasonable attorney's fees and costs pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court.

DATED this 24th day of October, 2005.

*MWT S Lasnik*
Robert S. Lasnik
United States District Judge

Recommended for Entry:
this 17th day of October, 2005

   /s/Monica J. Benton
Monica J. Benton
UNITED STATES MAGISTRATE JUDGE


Presented by:

s/ RICHARD A. MORRIS  WSB # 33780
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98104-7075
Telephone:  (206) 615-2156
FAX:  (206) 615-2531
Rick. Morris@ssa.gov

Page 2     ORDER- [C04-2250-MJB]